# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 2:22-BK-53166 |
| | § | |
| CAROL ANN WILLIAMS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Amy L. Bostic, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $79,510.00 | Assets Exempt: | $15,175.00 |
| Total Distributions to Claimants: | $2,527.52 | Claims Discharged Without Payment: | $7,298.23 |
| Total Expenses of Administration: | $1,917.57 | | |

3) Total gross receipts of $4,445.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,445.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $76,978.27 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,917.57 | $1,917.57 | $1,917.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $9,831.00 | $5,402.75 | $5,402.75 | $2,527.52 |
| **Total Disbursements** | $86,809.27 | $7,320.32 | $7,320.32 | $4,445.09 |

4). This case was originally filed under chapter 7 on 10/26/2022. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/27/2024          By: /s/ Amy L. Bostic
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2022 Tax Refund Federal | 1124-000 | $688.72 |
| Checking & Savings Huntington | 1129-000 | $956.37 |
| Make: Jeep Model: Wrangler Sport Year: 2017 Mileage: 68K Other Information: -Value per KBB (trade-in valuation) -2 Door | 1129-000 | $1,400.00 |
| Make: VW Model: Beetle Year: 2015 Mileage: 132K Other Information: Value per KBB (trade-in value) | 1129-000 | $1,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,445.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elements Financial | 4110-000 | $11,946.00 | $0.00 | $0.00 | $0.00 |
| | First Bank of Ohio | 4110-000 | $4,092.00 | $0.00 | $0.00 | $0.00 |
| | Logan County Treasurer | 4110-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | PNC Bank | 4110-000 | $50,940.27 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$76,978.27** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Bostic, Trustee | 2100-000 | NA | $1,111.27 | $1,111.27 | $1,111.27 |
| Amy L. Bostic, Trustee | 2200-000 | NA | $38.80 | $38.80 | $38.80 |
| Amy Bostic & Luper Neidenthal & Logan, Attorney for Trustee | 3110-000 | NA | $747.50 | $747.50 | $747.50 |
| Luper Neidenthal & Logan , Attorney for Trustee | 3120-000 | NA | $20.00 | $20.00 | $20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,917.57** | **$1,917.57** | **$1,917.57** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $638.00 | $638.71 | $638.71 | $298.80 |
| 2 | JPMorgan Chase Bank NA s/b/m/t Chase Bank USA NA | 7100-000 | $3,550.00 | $3,543.55 | $3,543.55 | $1,657.75 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | $1,220.00 | $1,220.49 | $1,220.49 | $570.97 |
|  | Barclays Bank | 7100-000 | $2,223.00 | $0.00 | $0.00 | $0.00 |
|  | Logan County Common Pleas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Mary Rutan | 7100-000 | $2,200.00 | $0.00 | $0.00 | $0.00 |
|  | PNC Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $9,831.00 | $5,402.75 | $5,402.75 | $2,527.52 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 22-53166-MNK | Trustee Name: | Amy L. Bostic |
|---|---|---|---|
| Case Name: | WILLIAMS, CAROL ANN | Date Filed (f) or Converted (c): | 10/26/2022 (f) |
| For the Period Ending: | 11/27/2024 | §341(a) Meeting Date: | 12/05/2022 |
| | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  6565 & 6577 Findlay St. Huntsville OH 43324-0000 | $79,510.00 | $18,569.73 | OA | $0.00 | FA |
| **Asset Notes:**   Trustee filed abandonment 12.13.22.  no exemptions claimed per amended schedule C filed 12/5/22 | | | | | |
| 2  Make: Jeep Model: Wrangler Sport Year: 2017 Mileage: 68K Other Information: -Value per KBB (trade-in valuation) -2 Door | $19,482.00 | $1,400.00 | | $1,400.00 | FA |
| 3  Make: VW Model: Beetle Year: 2015 Mileage: 132K Other Information: Value per KBB (trade-in value) | $5,937.00 | $1,400.00 | | $1,400.00 | FA |
| 4  Household Goods and furnishings | $5,000.00 | $0.00 | | $0.00 | FA |
| 5  Household electronics | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  Clothes/wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 7  Jewelry | $1,200.00 | $0.00 | | $0.00 | FA |
| 8  Pets | $0.00 | $0.00 | | $0.00 | FA |
| 9  Checking & Savings Huntington | $610.87 | $345.50 | | $956.37 | FA |
| 10 2022 Tax Refund Federal | Unknown | $1,299.59 | | $688.72 | FA |
| 11 2022 Tax Refund State | Unknown | $1.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $114,239.87 | $23,015.82 | $4,445.09 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 11/27/2024 | zero bank statement received; bank account closed and TDR prepared for submission to UST.  tsoma |
| 10/02/2024 | Order for payment of Fees and Expenses entered. Final distribution checks issues. Waiting for zero bank statement in order to prepare Final Account. tsoma |
| 09/30/2024 | Submitted order for allowance of fees.  tsoma |
| 08/20/2024 | Final Report accepted and filed by the United States Trustee. Notice of Final Report filed. Waiting for objection period to pass in order to upload Order for Payment of Fees. tsoma |
| 06/20/2024 | Filed application for allowance of fees.  Submitted TFR to UST for review and approval.  tsoma |
| 05/20/2024 | Claims reviewed and file to TFR process. |
| 06/05/2023 | All bar dates passed; file to claims review. tsoma |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit 8

| Case No.: | 22-53166-MNK | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|
| Case Name: | WILLIAMS, CAROL ANN | | Date Filed (f) or Converted (c): | 10/26/2022 (f) |
| | | | §341(a) Meeting Date: | 12/05/2022 |
| For the Period Ending: | 11/27/2024 | | Claims Bar Date: | 01/04/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/01/2023 | All funds received for tax refunds and excess cash on deposit. All assets are now fully administered and bar dates passed. Once check clears, file to be sent to claims review. tsoma |
| 05/17/2023 | tax calculations completed and letter sent to debtor and counsel. tsoma |
| 02/28/2023 | The Court has entered the order granting the motion for authority to compromise. |
| 02/20/2023 | 2022 tax memo sent. tsoma |
| 02/02/2023 | Lump sum payment received for vehicles per compromise. tsoma |
| 01/27/2023 | Trustee has filed a motion for authority to compromise the bankruptcy estate's interest in Debtor's two motor vehicles, a 2015 Volkswagen Beetle and a 2017 Jeep Wrangler Under the terms of the proposed compromise, Debtor will make a lump-sum payment in the amount of $2,800.00 to fully compromise the bankruptcy estate's interest in both Motor Vehicles. |
| 01/18/2023 | Trustee is in communications with Debtor's counsel regarding equity in motor vehicle, |
| 01/12/2023 | Court has entered the order extending the stay as to two motor vehicles. |
| 12/09/2022 | Trustee has filed a motion to extend the automatic stay as to two motor vehicles. |
| 12/08/2022 | reviewed amended exemptions filed 12/5/22 and updated form 1. tsoma |
| 12/07/2022 | Trustee will investigate and if appropriate administer the non-exempt equity in 2 vehicles. The Trustee also has filed a 2022 tax motion in this case. The Trustee will seek the turnover of copies of the tax returns and federal and state refunds of the Debtor for the benefit of unsecured creditors. The Trustee will also request copies of bank account statements reflecting balances on the date of filing and 90 days prior. |

Initial Projected Date Of Final Report (TFR):   12/05/2023          Current Projected Date Of Final Report (TFR):   06/20/2024          /s/ AMY L. BOSTIC

AMY L. BOSTIC

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-53166-MNK | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|
| Case Name: | WILLIAMS, CAROL ANN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4373 | | Checking Acct #: | ******0073 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/26/2022 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/27/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2023 | | LUCAS RUFFING LAW IOLTA | lump sum payment for vehicles per compromise motion | * | $2,800.00 | | $2,800.00 |
| | {2} | | lump sum payment for vehicles per compromise motion $1,400.00 | 1129-000 | | | $2,800.00 |
| | {3} | | lump sum payment for vehicles per compromise motion $1,400.00 | 1129-000 | | | $2,800.00 |
| 06/01/2023 | | CAROL A. WILUAMS | tax refunds and excess cash on deposit | * | $1,645.09 | | $4,445.09 |
| | {9} | | exces cash on deposit $956.37 | 1129-000 | | | $4,445.09 |
| | {10} | | tax refunds $688.72 | 1124-000 | | | $4,445.09 |
| 10/02/2024 | 5001 | Amy Bostic & Luper Neidenthal & Logan | Final distribution to representing a payment of Distribution Dividend: 100.00; per final order. Ref: Account Number: ; Claim #: ; Account Number: ; Dividend: 16.81; Dis | 3110-000 | | $747.50 | $3,697.59 |
| 10/02/2024 | 5002 | Amy L. Bostic | Trustee Compensation | 2100-000 | | $1,111.27 | $2,586.32 |
| 10/02/2024 | 5003 | Amy L. Bostic | Trustee Expenses | 2200-000 | | $38.80 | $2,547.52 |
| 10/02/2024 | 5004 | Luper Neidenthal & Logan | Final distribution to representing a payment of Distribution Dividend: 100.00; per final order. Ref: Account Number: ; Claim #: ; Account Number: ; Dividend: 0.44; Dis | 3120-000 | | $20.00 | $2,527.52 |
| 10/02/2024 | 5005 | Discover Bank Discover Products Inc | Final distribution to representing a payment of Distribution Dividend: 46.78; per final order. Ref: Account Number: 2309; Claim #: 1; Account Number: 2309; Dividend: 6.72; Dis | 7100-000 | | $298.80 | $2,228.72 |
| 10/02/2024 | 5006 | JPMorgan Chase Bank NA s/b/m/t Chase Bank USA NA | Final distribution to representing a payment of Distribution Dividend: 46.78; per final order. Ref: Account Number: 4662; Claim #: 2; Account Number: 4662; Dividend: 37.29; Dis | 7100-000 | | $1,657.75 | $570.97 |
| 10/02/2024 | 5007 | Jefferson Capital Systems, LLC | Final distribution to representing a payment of Distribution Dividend: 46.78; per final order. Ref: Account Number: 4667; Claim #: 3; Account Number: 4667; Dividend: 12.84; Dis | 7100-000 | | $570.97 | $0.00 |

**SUBTOTALS** $4,445.09 $4,445.09

**FORM 2**

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-53166-MNK | Trustee Name: | Amy L. Bostic |
|---|---|---|---|
| Case Name: | WILLIAMS, CAROL ANN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4373 | Checking Acct #: | ******0073 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/26/2022 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/27/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $4,445.09 | $4,445.09 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,445.09 | $4,445.09 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,445.09 | $4,445.09 | |

| For the period of 10/26/2022 to 11/27/2024 | | For the entire history of the account between 02/02/2023 to 11/27/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,445.09 | Total Compensable Receipts: | $4,445.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,445.09 | Total Comp/Non Comp Receipts: | $4,445.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,445.09 | Total Compensable Disbursements: | $4,445.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,445.09 | Total Comp/Non Comp Disbursements: | $4,445.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.                  | 22-53166-MNK        |   | Trustee Name:              | Amy L. Bostic   |
|---------------------------|---------------------|---|----------------------------|-----------------|
| Case Name:                | WILLIAMS, CAROL ANN |   | Bank Name:                 | Pinnacle Bank   |
| Primary Taxpayer ID #:    | **-***4373          |   | Checking Acct #:           | ******0073      |
| Co-Debtor Taxpayer ID #:  |                     |   | Account Title:             |                 |
| For Period Beginning:     | 10/26/2022          |   | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending:        | 11/27/2024          |   | Separate bond (if applicable): |           |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|--|----------------------|--------------|--------------|------------------|
|  |                      | $4,445.09    | $4,445.09    | $0.00            |

**For the period of 10/26/2022 to 11/27/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $4,445.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,445.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,445.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,445.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/26/2022 to 11/27/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $4,445.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,445.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,445.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,445.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AMY L. BOSTIC

AMY L. BOSTIC